FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN NAVARETTE RAYOS,<br><br>    Petitioner,<br><br>v.<br><br>L.E. SCRIBNER, Warden,<br><br>    Respondent. | Case No. CV 08-793-SVW (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 6/24/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE